CARPENTER, *Appellant*, v. JAMISON.

Receipt: PAROL EVIDENCE. So far as a receipt is a mere acknowledgment of payment, it is not conclusive; but if it is not a mere receipt, but constitutes and imports a contract, it is as any other written agreement, and cannot be contradicted or enlarged by parol testimony.*

*Appeal from St. Louis Court of Appeals.*

AFFIRMED.

*Wm. B. Thompson* and *Henderson & Shields* for appellant.

---

*This syllabus is taken from 6 Mo. App. 216.

*D. D. Burnes* and *Geo. W. Cline* for respondent.

HENRY, J.—For the reasons assigned by the court of appeals in its opinion delivered in this case, the judgment of that court is affirmed. All concur.